**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re Grand Jury Subpoenas Nos.
████████████ & ████████████

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

     Petitioner,

     v.

UNITED STATES OF AMERICA,

     Respondent.

Miscellaneous Action No. 26-12 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1. Petitioner's [5] Motion to Quash is GRANTED;

2. Petitioner's [10] Motion to Partially Unseal is GRANTED, and the [5] Motion to
   Quash, [12] Opposition, and [14] Reply shall be unsealed with the redactions
   proposed by Petitioner in ECF Nos. 10-1, 15-1, and 15-2;

3. The parties shall submit any proposed redactions to the accompanying Memorandum
   Opinion by filing them on the Court's docket by March 12, 2026; and

4. The Court will publicly release this Order, the accompanying Memorandum Opinion,
   and the underlying briefs on March 13, 2026, at 3:00 PM absent a stay by the Court
   of Appeals.

1

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: March 11, 2026