UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: GRAND JURY INVESTIGATION    :
:
: Grand Jury No.:  26-mc-12 (JEB)
:
:
:

**GOVERNMENT'S MOTION TO UNSEAL
MOTION FOR RECONSIDERATION**

The United States of America, through undersigned counsel, respectfully herein requests this Honorable Court unseal its Motion for Reconsideration filed on March 12, 2026 (not yet reflected in ECF). The United States inquired whether counsel for the Board of Governors for the Federal Reserve opposed this Motion but did not receive written response.

On March 11, 2026, the Court issued its Memorandum and Opinion (ECF 23) and Order (ECF 24) in the above captioned Grand Jury Matter. On March 13, 2026, at 3:00 pm, the Court publicly released the redacted Motion to Quash (ECF 25), Memorandum in Opposition to Motion to Quash (ECF 26), Reply in Opposition (ECF 27), and a Redacted Transcript of Proceedings (ECF 28). Subsequently, on March 12, 2026, at approximately 3:30 p.m., the United States filed a Motion for Reconsideration of the Court's Opinion and Order (not yet reflected in ECF). Given that the Court has made the filings, responses, transcript, Opinion and Order public, the United States now moves the Honorable Court, similarly, to unseal its Motion for Reconsideration.

WHEREFORE, the United States respectfully requests this Honorable Court unseal its Motion for Reconsideration.

1

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

/s/ G. A. Massucco-LaTaif
G. A. Massucco-LaTaif
PA Bar ID No. 70718
601 D Street, N.W.
Washington, D.C. 20530
george.massucco@usdoj.gov
(202) 252-7000

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Court, which will provide a copy to counsel of record.

/s/ G. A. MassuccoLaTaif
G. A. Massucco-LaTaif
PA Bar ID No. 70718
601 D Street, N.W.
Washington, D.C. 20530
george.massucco@usdoj.gov
(202) 252-7000