UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: GRAND JURY INVESTIGATION           :
                                          :
                                          :    Grand Jury No.: 26-mc-12 (JEB)
                                          :
                                          :
                                          :

**ORDER**

Upon consideration of the Government's Motion to Unseal Motion for Reconsideration, and for good cause shown, it is hereby **ORDERED** that

The Government's Motion for Reconsideration, filed on March 12, 2026, is **UNSEALED**.

The Clerk's Office shall promptly place that filing on the public docket.

Date: _____        _____
                                            JAMES E. BOASBERG
                                            CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT

Cc: Counsel of Record