IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Grand Jury Subpoenas | Case No. 1:26-mc-00012-JEB<br><br>**FILED UNDER SEAL** |

**THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S RESPONSE TO THE U.S. ATTORNEY'S OFFICE'S MOTION TO UNSEAL ITS MOTION FOR RECONSIDERATION**

The Board of Governors of the Federal Reserve System (the "Board") respectfully submits this response to the motion of the U.S. Attorney's Office (the "USAO") filed publicly (not under seal) on March 13 to unseal its Motion for Reconsideration filed under seal on March 12 (the "USAO Motion to Unseal").

Yesterday afternoon, the U.S. Attorney held a press conference publicly disclosing the existence of the (sealed) Motion for Reconsideration. The National Desk, *DC U.S. Attorney on Fed Reserve case*, at 9:30, 11:11 (Youtube, Mar. 13, 2026), https://tinyurl.com/yessrv9a. At 4:20 p.m., after the press conference had ended, the USAO e-mailed counsel to the Board stating its intent to move to unseal its Motion for Reconsideration and asking for the Board's position. At 4:57 p.m., counsel to the Board replied that they would confer with their client and respond "as soon as possible." At 5:15 p.m., the USAO publicly filed the USAO Motion to Unseal, in which it stated that it had reached out to counsel to the Board to inquire whether the Board would oppose "but did not receive written response." USAO Motion to Unseal at 1.

The above facts aside, the Board does not oppose the relief requested in the USAO Motion to Unseal. The Board files this response under seal, notwithstanding the USAO's public filing of

1

its motion and statements at the press conference, because the Motion for Reconsideration remains under seal.  The Board asks that this Response be unsealed if this Court grants the relief sought in the USAO's Motion to Unseal.  In the interest of clarity, the Board also notes that it intends to file an opposition to the USAO's Motion for Reconsideration (whether that Motion for Reconsideration is unsealed or remains under seal).  The Board's understanding is that, pursuant to Local Criminal Rule 47, its opposition is due on or before March 27, 2026.

| | |
|---|---|
| Dated: Washington, D.C.<br>March 14, 2026 | Respectfully submitted,<br><br>         *Leah B. Grossi*         <br>Jeffrey S. Bucholtz (Bar ID 452385)<br>JBucholtz@kslaw.com<br>Robert K. Hur (Bar ID 496269)<br>RHur@kslaw.com<br>Leah B. Grossi (Bar ID 1024022)<br>LGrossi@kslaw.com<br>Nicholas A. Mecsas-Faxon (Bar ID 1779269)<br>NMecsas-Faxon@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue NW<br>Suite 900<br>Washington, D.C. 20006<br>Telephone: (202) 737-0500<br>Facsimile: (202) 626-3737<br><br>Andrew Z. Michaelson (*pro hac vice*)<br>AMichaelson@kslaw.com<br>KING & SPALDING LLP<br>1290 Avenue of the Americas<br>14th Floor<br>New York, NY 10104<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>*Attorneys for the Board of Governors of the Federal Reserve System* |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia using the Court's online ECF system. I further certify that I caused the same to be served via e-mail, in accordance with the parties' written consent, on the following members of the United States Attorney's Office for the District of Columbia:

G. A. Massucco-LaTaif, Assistant U.S. Attorney
George.Massucco@usdoj.gov

Gregg Maisel, Assistant U.S. Attorney
Gregg.Maisel@usdoj.gov

Timothy Cahill, Assistant U.S. Attorney
Timothy.Cahill@usdoj.gov

Carlton J. Davis, Special Counsel
carlton.davis@usdoj.gov

Steven Vandervelden, Special Counsel
steven.vandervelden@usdoj.gov

*Leah B. Grossi*
Leah B. Grossi