**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE GRAND JURY
INVESTIGATION

:

: No. 26-mc-12 (JEB)

:

**ORDER**

Based on the government's motion to vacate on "Mootness Grounds" the March 13 and April 3, 2026, Memorandum Opinions and Orders issued by this Court in the above-captioned case;

it is hereby ORDERED, that this Court's Orders and Memorandum Opinions dated March 13 and April 3, 2026 are hereby vacated, and

it is further ORDERED that the Clerk of the Court shall docket a copy of this.

Date: _____

_____
JAMES E. BOASBERG
CHIEF JUDGE