-1-

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**In re Grand Jury Subpoenas**            **:**    **Miscellaneous Action No. 26-12 (JEB)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [Proposed] Order

Upon consideration of the motion of Jeremy Bates (the "Motion") for leave to file

an *amicus* brief in opposition to the Motion of the United States To Vacate Memorandum

Opinions on Mootness Grounds (ECF 35), any response to the Motion, and all other

proceedings had thereon,

The Court hereby ORDERS that the Motion is granted, as follows:

1. Bates shall file any *amicus* brief on or before June _____, 2026; and

2. The United States and the Board of Governors each may file a brief

   responding to the *amicus* brief on or before July _____, 2026.

Dated: Washington, DC

      May _____, 2026

_____

JAMES E. BOASBERG
Chief Judge

-1-