**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re Grand Jury Subpoenas Nos.
███████████ & ███████████

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

     Petitioner,

       v.

UNITED STATES OF AMERICA,

     Respondent.

Miscellaneous Action No. 26-12 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that the [35] Motion to Vacate is DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date:  June 11, 2026